IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QOSMOS TECH,<br><br>               Movant,<br><br>v.<br><br>KEYSIGHT TECHNOLOGIES, INC. and IXIA,<br><br>               Respondents. | Misc. Action No. _____<br><br>Related to Civil Action No. 2:17-cv-00383-HCM-LRL (Pending in the U.S. District Court for the Eastern District of Virginia) |

**AFFIDAVIT OF JEROME ARPIN-PONT IN SUPPORT OF QOSMOS TECH'S
MOTION TO QUASH SUBPOENA**

      1.      My name is Jerome Arpin-Pont. Since 2012, I have been the General Counsel at the Qosmos Group, which includes Qosmos Tech.

      2.      The facts set forth below are based on my personal knowledge, my review of records pertaining to this matter, and additional facts communicated to me by those working at my direction. If required to do so, I could and would testify as follows.

      3.      Qosmos Tech is a French software company that supplies IP traffic classification and network intelligence software.

      4.      Qosmos Tech's principal place of business is in Immeuble Le Cardinet, 8 rue Bernard Buffet, 75017 Paris, France.

      5.      Qosmos Tech does not have any offices in Delaware, has never been registered to do business in Delaware, and does not regularly transact business in Delaware, or within 100-miles from Wilmington, Delaware. Qosmos Tech does not have any documents within 100 miles of Wilmington, Delaware.

1

6. Qosmos Tech has (i) no officers or directors who reside in the Delaware; and (ii) no employees in Delaware.

7. Qosmos Inc. was a wholly-owned subsidiary of Qosmos Tech.

8. Qosmos Inc. was a corporation registered to do business in Delaware. It dissolved as of August 25, 2017.

9. Neither Qosmos Inc. nor Corporation Service Company are agents of Qosmos Tech or are authorized to accept service on behalf of Qosmos Tech.

10. Attached as Exhibit 1 is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued March 30, 2018 to Qosmos Tech ("Subpoena"). Responding to the requests in the Subpoena would require Qosmos Tech to disclose confidential commercial information of Qosmos Tech such as orders and invoices containing the names of Qosmos Tech's customers and corresponding prices.

11. Attached as Exhibit 2 is a true and correct copy of entity details of Qosmos Inc., taken from the Delaware Department of State: Division of Corporations.

12. Attached as Exhibit 3 is a true and correct copy of a Certificate of Dissolution filed with the State of Delaware, Secretary of State, Division of Corporations, authorizing the dissolution of Qosmos Inc. for August 25, 2017.

13. Attached as Exhibit 4 is a true and correct copy of Notice of Service of Process issued by the Corporation Service Company. Qosmos Tech received this Notice and the Subpoena on April 11, 2018 from Axelia Partners, which was an accounting firm for Qosmos Inc. Axelia Partners was the secretary for Qosmos Inc. and the primary contact for Qosmos Inc. for purposes of Qosmos Inc.'s registered agent, CSC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 30th day of April, 2018, at Paris, France.

*/s/ Jerome Arpin-Pont*
Jerome Arpin-Pont
